MELISSA T. OMANSKY, SB# 227451
    E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile:  (213) 250-7900

Attorneys for Defendants GARFIELD BEACH CVS, LLC dba CVS/PHARMACY #9147 and LONGS DRUG STORES CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>        Plaintiff,<br><br>    v.<br><br>GRUPE SQUAW VALLEY COMPANY, LTD.; GARFIELD BEACH CVS, LLC dba CVS/PHARMACY #9147; LONGS DRUG STORES CALIFORNIA, LLC,<br><br>        Defendants. | CASE NO. 2:10 CV 00884 JAM KJN<br><br>The Hon. John A. Mendez<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>ACTION FILED:   April 14, 2010<br>TRIAL DATE:       Oct. 2, 2012 |

Pursuant to L.R.144 Plaintiff LARY FEEZOR ("Plaintiff") and Defendants GARFIELD BEACH CVS, LLC dba CVS/PHARMACY #9147; LONGS DRUG STORES CALIFORNIA, LLC hereby stipulate to an extension of time in which the parties must file dispositional documents.  The Court ordered the parties to file dispositional documents on or before September 9, 2011.  Due to the extreme weather conditions recently experienced by the East Coast and the subsequent weather-related closures of Defendant's offices in Rhode Island, certain settlement obligations were delayed.  The parties respectfully request an extension of fourteen days, until September 23, 2011, for the parties to file dispositional documents.

This is the first extension requested.

WHEREFORE, the parties respectfully request that this Stipulation be approved by the Court and that the date for the parties to file dispositional documents be extended to September 23, 2011.

Dated: September 9, 2011                    Respectfully submitted,

/s/ Lynn Hubbard, III (as authorized on 9/9/11)    /s/ Melissa Omansky
Attorney for Plaintiff                             Attorney for Defendants
Lary Feezor                                        Garfield Beach CVS LLC dba
                                                   dba CVS/Pharmacy #9147; LLC
                                                   Longs Drug Stores California,
                                                   LLC

## ORDER

Upon consideration of the Stipulation for Extension of Time and it appearing to the Court that good cause exists to do so, it is ORDERED that dispositional documents are to be filed on or before September 23, 2011.

Entered on this 12th day of September, 2011.

/s/ John A. Mendez
U.S. District Court Judge



**CALIFORNIA STATE COURT PROOF OF SERVICE**
Lary Feezor v. Grupe Squaw Valley Company, Ltd., et al.
USDC Eastern District of California Case No: 2:10-CV-00884 AWI KJN
LBBS File No: 21149-268

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California  90012.

On September 9, 2011, I served the following document(s): **JOINT STIPULATION FOR EXTENSION OF TIME**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Attorneys for Plaintiff LARY FEEZOR:**
Lynn Hubbard, III
Scottlynn J. Hubbard, IV
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Tel: (530) 895-3252
Fax: (530) 894-8244

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 9, 2011, at Los Angeles, California.

MARY ANN CAMPI

4843-9654-1962.1