1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  MELISSA T. OMANSKY, SBN 227451
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  221 North Figueroa Street, Suite 1200
   Los Angeles, CA 90012
8  Telephone: (213) 250-1800
   Facsimile: (231) 2507900
9
   Attorney for Defendants
10 GARFIELD BEACH CVS, LLC
   dba CVS/PHARMACY #9147 and
11 LONGS DRUG STORES CALIFORNIA, LLC

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                         Case No. 2:10-cv-00884-JAM-KJN

17      Plaintiff,
                                        STIPULATION FOR DISMISSAL and
18 v.                                   ORDER THEREON

19 GRUPE SQUAW VALLEY COMPANY,
   LTD., et al.,
20
        Defendants.
21 _____/

22

23

24

25

26

27

28

Stipulation for Dismissal and                 *Feezor v. Grupe Squaw Valley Company, Ltd., et al.*
Order Thereon                    - 1 -        Case No. 2:10-cv-00884-JAM-KJN

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, GARFIELD BEACH CVS, LLC dba CVS/PHARMACY #9147 and LONGS DRUG STORES CALIFORNIA, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 15, 2011               DISABLED ADVOCACY GROUP, APLC

                                         /s/   Lynn Hubbard III
                                        LYNN HUBBARD III
                                        Attorney for Plaintiff LARY FEEZOR

Dated: September 15, 2011               LEWIS BRISBOIS BISGAARD & SMITH LLP

                                         /s/ Melissa T. Omansky
                                        MELISSA T. OMANSKY
                                        Attorney for Defendants GARFIELD BEACH CVS, LLC dba CVS/PHARMACY #9147 and LONGS DRUG STORES CALIFORNIA, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00884-JAM-KJN, is hereby dismissed with prejudice in its entirety.

Dated:   9/16/2011

                                        /s/ John A. Mendez
                                        United States District Court Judge