1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  MELISSA T. OMANSKY, SBN 227451
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  221 North Figueroa Street, Suite 1200
   Los Angeles, CA 90012
8  Telephone: (213) 250-1800
   Facsimile: (231) 2507900
9
   Attorney for Defendants
10 GARFIELD BEACH CVS, LLC
   dba CVS/PHARMACY #9147 and
11 LONGS DRUG STORES CALIFORNIA, LLC

12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                          Case No. 2:10-cv-00884-JAM-KJN

17         Plaintiff,

18 v.                                    STIPULATION FOR DISMISSAL and
                                         ORDER THEREON
19 GRUPE SQUAW VALLEY COMPANY,
20 LTD., et al.,

21         Defendants.
   _____/
22

23

24

25

26

27

28

1   TO THE COURT AND TO ALL PARTIES:

2       Plaintiff, LARY FEEZOR, and defendants, GARFIELD BEACH CVS, LLC

3   dba CVS/PHARMACY #9147 and LONGS DRUG STORES CALIFORNIA, LLC,

4   stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's

5   complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6

7   Dated: September 15, 2011                     DISABLED ADVOCACY GROUP, APLC

8
                                                  /s/  Lynn Hubbard III
9                                                 LYNN HUBBARD III
                                                  Attorney for Plaintiff LARY FEEZOR
10

11  Dated: September 15, 2011                     LEWIS BRISBOIS BISGAARD & SMITH
12                                                LLP

13
                                                  /s/ Melissa T. Omansky
14                                                MELISSA T. OMANSKY
                                                  Attorney for Defendants GARFIELD
15                                                BEACH CVS, LLC dba CVS/PHARMACY
                                                  #9147 and LONGS DRUG STORES
16                                                CALIFORNIA, LLC

17

18                              **ORDER**

19      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-

20  00884-JAM-KJN, is hereby dismissed with prejudice in its entirety.

21

22  Dated:  9/16/2011
                                                  /s/ John A. Mendez
23                                                United States District Court Judge

24

25

26

27

28

Stipulation for Dismissal and                    *Feezor v. Grupe Squaw Valley Company, Ltd., et al.*
Order Thereon                      - 2 -         Case No. 2:10-cv-00884-JAM-KJN